1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

PRISCILLA SAINTAL BOWMAN,

      Plaintiff,

v.

LV METROPOLITAN POLICE DEPT., et al.,

      Defendants.

Case No. 2:22-cv-01481-ART-NJK

**ORDER**

[Docket Nos. 4, 5]

Pending before the Court is Plaintiff's application to proceed in this action *in forma pauperis.*  Docket Nos. 4, 5.  Subject to the conditions outlined below, the Court **GRANTS** the application to proceed *in forma pauperis*.

Plaintiff must pay an initial partial filing fee of the greater of twenty percent of the average monthly deposits or twenty percent of the average monthly balance of his account for the six months immediately preceding the commencement of this action.  *See* 28 U.S.C. § 1915(b)(1). Plaintiff's average monthly balance is $18.19, and his average monthly deposit is $98.24.  Docket No. 5 at 4.  Therefore, the Court finds that Plaintiff must pay an initial partial filing fee of $19.65.

Accordingly, **IT IS ORDERED:**

1.      Plaintiff's application to proceed *in forma pauperis* without having to prepay the full filing fee is **GRANTED**.  Docket Nos. 4, 5.  However, Plaintiff shall be required to pay an initial installment fee in the amount of $19.65 toward the full filing fee of $402, which includes the $350 filing fee and a $52 administrative fee.  Plaintiff shall have the designated fee sent to the Clerk's Office, no later than **January 17, 2023**.  Failure to do so may result in dismissal of this

1    action.  Furthermore, even if this action is dismissed, the full filing fee must still be paid pursuant

2    to 28 U.S.C. § 1915(b)(2).[1]

3         2.        Plaintiff is permitted to maintain this action to conclusion without the necessity of

4    prepayment of any additional fees or costs or the giving of security therefor.  This Order granting

5    *in forma pauperis* status shall not extend to the issuance and/or service of subpoenas at government

6    expense.

7         3.        The Clerk's Office shall provide Plaintiff with two copies of this Order.  Plaintiff

8    is ordered to make the necessary arrangements to have one copy of this Order attached to the check

9    in the amount of the designated fee.

10        4.        The Clerk's Office shall send a copy of this Order to the attention of the inmate

11   accounts department at Florence McClure Women's Correctional Center, 4370 Smiley Road, Las

12   Vegas, Nevada 89115.   Pursuant to 28 U.S.C. § 1915(b)(2), Florence McClure Women's

13   Correctional Center shall forward to the Clerk of the United States District Court, District of

14   Nevada, twenty percent of the preceding month's deposits to Plaintiff's inmate trust account (in

15   the months that the account exceeds $10.00) until the full $402 filing fee has been paid for this

16   action.

17        5.        The Clerk's Office shall provide a copy of this Order to the Finance Division of the

18   Clerk's Office.

19        IT IS SO ORDERED.

20        Dated: November 16, 2022

21

22                                                        Nancy J. Koppe
                                                          United States Magistrate Judge

23

24

25

26

---

27   [1]      After it has received the partial filing fee as ordered herein, the Court will screen Plaintiff's
     complaint as required by 28 U.S.C. § 1915.  Nothing in this order should be construed as
28   suggesting that the Court will allow any of Plaintiff's claims to proceed past the screening phase.