UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PRISCELLA SAINTAL-BOWMAN,<br>      Plaintiff(s),<br>v.<br>LV METROPOLITCAL POLICE DEPT., et al.,<br>      Defendant(s). | Case No.: 2:22-cv-01481-ART-NJK<br><br>**ORDER**<br><br>[Docket Nos. 53, 56, 59] |

Pending before the Court are several motions.  Defendants filed a motion to extend the deadline for the filing of dispositive motions.  Docket No. 53.  No response was filed.  *See* Docket.  Plaintiff filed a motion to extend the discovery deadlines.  Docket No. 56.  Defendants filed a response to this motion, in which they ask the Court to deny the motion as moot and include an unsigned proposed stipulation to extend the discovery deadlines.  *See* Docket No. 58-1 at 4-8.  No reply was filed.  *See* Docket.  Defendants subsequently filed a stipulation to re-open the discovery deadlines.  Docket No. 59.  These motions are properly resolved without a hearing.  Local Rule 78-1.  For the reasons discussed below, the parties' proposed stipulation to extend the discovery deadlines is **DENIED** without prejudice and the parties' motions to extend the discovery deadlines are **DENIED** as moot.

The parties' stipulation seeks to reopen expired deadlines.  Docket No. 59.  The parties, however, make no attempt to establish excusable neglect for the failure to timely request these extensions.  *See* Local Rule 26-3.  Therefore, the parties' stipulation for extension of the discovery deadlines is **DENIED** for failure to comply with the Local Rules.  Docket No. 59.  In light of the

1

parties' intention to extend the discovery period, the parties' corresponding motions to extend discovery deadlines are **DENIED** as moot. Docket Nos. 53, 56. The parties may file a new stipulation to extend the discovery deadlines that fully complies with all Local Rules.

IT IS SO ORDERED.

Dated: September 5, 2023

_____
Nancy J. Koppe
United States Magistrate Judge