# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PRISCELLA SAINTAL BOWMAN,<br><br>        Plaintiff(s),<br><br>v.<br><br>LV METROPOLITAN POLICE DEPT., et al.,<br><br>        Defendant(s). | Case No. 2:22-cv-01481-ART-NJK<br><br>**ORDER**<br><br>[Docket No. 85] |

Pending before the Court is Plaintiff's motion for a copy of the summary judgment ruling. *See* Docket No. 85. Plaintiff is ultimately responsible for maintaining her litigation documents and the Court may require a more fulsome showing moving forward. With that caveat in mind, the Court will **GRANT** the instant motion as a courtesy. The Clerk's Office is **INSTRUCTED** to send Plaintiff a copy of Docket No. 82.

In addition, given that the summary judgment motion was resolved last summer, it appears that the joint proposed pretrial order is overdue. *See* Local Rule 26-1(b)(5); Docket No. 32 at 4. The parties must file a joint proposed pretrial order by January 10, 2025.

IT IS SO ORDERED.

Dated: December 10, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1