ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
E. MATTHEW FREEMAN
Nevada Bar No. 14198
Matt.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendants*
*Las Vegas Metropolitan Police Department,*
*Travis Bodnar, Shania Hook, Christian Guerrero*
*and Jothan Peterson*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

***

| | |
|---|---|
| PRISCELLA SAINTAL-BOWMAN,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; TRAVIS BODNAR; SHANIA HOOK; CHRISTIAN GUERRERO; JOTHAN PETERSON; (2) JANE DOES; (2) JOHN DOES,<br><br>Defendants. | CASE NO. 2:22-cv-1481-ART-NJK<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE THE JOINT PRE-TRIAL ORDER**<br><br>**FIRST REQUEST** |

Pursuant to LR IA 6-1 and LR 26-3, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline to file the joint pre-trial order in the above-captioned case thirty-one (31) days, up to and including Monday, February 10, 2025.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

Lead Counsel for Defendants is attending to family obligations involving medical issues over the next few months that will continue to require him to be out of the jurisdiction for extended periods of time. The obligation is unavoidable. Additionally, Counsel for Defendants is

150261242.1

1 currently for trial in another unrelated matter, entitled *Motley v. Malta, et al.*, U.S. District Court
2 Case No.: 2:21-02075-GMN-BNW. Finally, Counsel for Defendants is in the process of preparing
3 multiple Ninth Circuit Appellate briefs and other motions in other unrelated matters.
4     WHEREFORE, the parties respectfully request that this Court extend the time for the
5 parties to file their joint pre-trial order by thirty-one (31) days from the current deadline of January
6 10, 2025 up to and including February 10, 2025.

7 DATED this 6th day of ~~December,~~ January, ~~2024~~ 2025.      DATED this 4 day of December, 2024.

LEWIS BRISBOIS BISGAARD & SMITH      PRISCELLA SAINTAL-BOWMAN

_____      _____
ROBERT W. FREEMAN, JR.      PRISCELLA SAINTAL-BOWMAN
Nevada Bar No. 3062      # 28661
E. MATTHEW FREEMAN      FMWCC
Nevada Bar No. 14198      4370 Smiley Road
6385 S. Rainbow Blvd., Suite 600      Las Vegas, NV 89115
Las Vegas, Nevada 89118      *Plaintiff in Pro Se*
*Attorneys for Defendants*
*Officer Ramona Logan, Caption Richard Forbus, and Deputy Chief Fred Meyer*

## ORDER

IT IS SO ORDERED.

Accordingly, the stipulation at Docket No. 88 is DENIED as moot.

Dated: January 6, 2025

_____
UNITED STATES MAGISTRATE JUDGE

150261242.1      2