# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

\*\*\*

| | |
|---|---|
| PRISCELLA SAINTAL-BOWMAN, | CASE NO. 2:22-cv-1481-ART-NJK |
| Plaintiff, | **ORDER GRANITNG** |
| vs. | **STIPULATION TO EXTEND THE DEADLINE TO FILE THE JOINT PRE-TRIAL ORDER** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT; TRAVIS BODNAR; SHANIA HOOK; CHRISTIAN GUERRERO; JOTHAN PETERSON; (2) JANE DOES; (2) JOHN DOES, | **SECOND REQUEST** |
| Defendants. | |

Pursuant to LR IA 6-1 and LR 26-3, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline to file the joint pre-trial order in the above-captioned case thirty (30) days, up to and including Wednesday, March 12, 2025.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

Lead Counsel for Defendants is attending to family obligations involving medical issues over the next few months that will continue to require him to be out of the jurisdiction for extended periods of time. The obligation is unavoidable. Counsel for Defendant is working

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

151500204.1

alongside Plaintiff to prepare and submit the Parties' Joint Pre-Trial Order, but due to Plaintiff's incarcerated status, the process requires the Parties to exchange their proposals through U.S. mail. Finally, Counsel for Defendants is in the process of preparing multiple Ninth Circuit Appellate briefs and other motions in other unrelated matters.

   WHEREFORE, the parties respectfully request that this Court extend the time for the parties to file their joint pre-trial order by thirty (30) days from the current deadline of February 10, 2025 up to and including March 12, 2025.

DATED this 24th day of January, 2025.

LEWIS BRISBOIS BISGAARD & SMITH

/s/ E. Matthew Freeman
ROBERT W. FREEMAN, JR.
Nevada Bar No. 3062
E. MATTHEW FREEMAN
Nevada Bar No. 14198
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendants*
*Officer Ramona Logan, Caption Richard Forbus, and Deputy Chief Fred Meyer*

DATED this 30 day of January, 2025.

PRISCELLA SAINTAL-BOWMAN

PRISCELLA SAINTAL-BOWMAN
# 28661
FMWCC
4370 Smiley Road
Las Vegas, NV 89115
*Plaintiff in Pro Se*

**IT IS SO ORDERED.**

_____
Anne R. Traum
United States District Judge

DATED: February 5, 2025