# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PRISCELLA SAINTAL BOWMAN,<br><br>Plaintiff,<br><br>v.<br><br>LV METROPOLITAN POLCE DEPT, *et al.*,<br><br>Defendants. | Case No.: 2:22-cv-01481-ART-NJK<br><br>**Order** |

Pending before the Court is an order to show cause why sanctions should not be imposed on Defendants for having taken no action regarding Clark County Detention Center ("CCDC"). Docket No. 115. On April 24, 2025, Defendants filed a notice providing that they will accept and waive service on behalf of CCDC. Docket No. 120 at 2. Defendant CCDC must respond to Plaintiff's complaint no later than May 27, 2025.

Accordingly, the pending order to show cause is hereby **DISCHARGED**. Docket No. 115.

IT IS SO ORDERED.

Dated: April 25, 2025

Nancy J. Koppe
United States Magistrate Judge