# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PRISCELLA SAINTAL BOWMAN,<br><br>    Plaintiff,<br><br>v.<br><br>LV METROPOLITAN POLICE DEPT., *et al.*,<br><br>    Defendants. | Case No.: 2:22-cv-01481-ART-NJK<br><br>**Order** |

On May 23, 2025, Defendants' lawyer, E. Matthew Freeman, filed a notice which seeks relief. *See* Docket No. 140 at 2. To the extent a party seeks relief or an order from the Court, such request must be made by motion or stipulation. *See* Fed. R. Civ. P. 7(b)(1).

Nonetheless, Defendants seek to continue the settlement conference set for June 25, 2025, Docket No. 118, because Plaintiff has a conflicting parole board hearing. Docket No. 140 at 2. Plaintiff submits that she does not have a conflicting parole board hearing. Docket No. 143 at 1.

Accordingly, Defendants are **ORDERED** to file a notice, no later than May 30, 2025, regarding the existence of Plaintiff's parole board hearing. If Plaintiff does have a scheduling conflict, Defendants must file proof.

IT IS SO ORDERED.

Dated: May 28, 2025

                                                        Nancy J. Koppe
                                                        United States Magistrate Judge