# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PRISCELLA SAINTAL BOWMAN<br>  Plaintiff,<br>v.<br>LV METROPOLITAN POLICE DEPT., *et al.*,<br>  Defendant. | Case No. 2:22-cv-01481-ART-NJK<br><br>**Order** |

In light of Defendants' notice, Docket No. 145 at 1-2, the settlement conference currently set for June 25, 2025, Docket No. 118, is hereby **CONTINUED** to 10:00 a.m. on June 24, 2025. Settlement statements must be submitted by 3:00 p.m. on June 17, 2025. All other requirements set forth in the Court's order at Docket No. 105 continue to apply.

IT IS SO ORDERED.

Dated: May 30, 2025

Nancy J. Koppe
United States Magistrate Judge