# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PRISCELLA SAINTAL BOWMAN,<br><br>  Plaintiff,<br><br>v.<br><br>LV METROPOLITAN POLICE DEPT., *et al.*,<br><br>  Defendants. | Case No.: 2:22-cv-01481-ART-NJK<br><br>**Order** |

On June 6, 2025, Defendants filed a notice requesting that Defendant Jothan Peterson be excused from the settlement conference scheduled for June 24, 2025. Docket No. 147; *see also* Docket No. 146. To the extent a party seeks relief or an order from the Court, such request must be made by motion or stipulation. *See* Fed. R. Civ. P. 7(b)(1).

Defendants submit that Defendant Peterson and his parents "have had a vacation planned to take place during the week of June 23, 2025, for over six [] months." Docket No. 147 at 2. However, on March 20, 2025, Defendants filed a motion requesting attendance exceptions for the individual defendants. Docket No. 110. The Court denied the parties' request to excuse individual defendants from the settlement conference. Docket No. 111. No ground has been presented to reconsider that ruling. *See* Docket No. 147.

IT IS SO ORDERED.

Dated: June 9, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge