**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PRISCELLA SAINTAL-BOWMAN,<br><br>               Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; CLARK COUNTY DETENTION CENTER; TRAVIS BODNAR; SHANIA HOOK; CHRISTIAN GUERRERO; JOTHAN PETERSON; (2) JANE DOES; (2) JOHN DOES,<br><br>               Defendants. | Case No.:  2:22-cv-01481-ART-NJK<br><br><br>**ORDER GRANTING**<br>**SUBSTITUTION OF ATTORNEYS** |

LYSSA ANDERSON, KRISTOPHER KALKOWSKI and TRAVIS STUDDARD of the law firm of KAEMPFER CROWELL hereby substitute as attorneys for Defendants, Las Vegas Metropolitan Police Department, Clark County Detention Center, Travis Bodnar, Shania Hook, Christian Guerrero and Jothan Peterson ("LVMPD Defendants") in the above-entitled action, in

6943.339

place of Robert W. Freeman, Esq. and E. Matthew Freeman, Esq. of the law firm of LEWIS BRISBOIS BISGAARD & SMITH, LLP.

DATED this 12th day of May, 2026.

KAEMPFER CROWELL


By:    /s/ Lyssa Anderson
         LYSSA S. ANDERSON (Nevada Bar No. 5781)
         KRISTOPHER J. KALKOWSKI (Nevada Bar No. 14892)
         TRAVIS C. STUDDARD (Nevada Bar No. 16454)
         1980 Festival Plaza Drive, Suite 650
         Las Vegas, Nevada  89135

         *Attorneys for Defendants*
         *Las Vegas Metropolitan Police Department,*
         *Clark County Detention Center, Travis Bodnar,*
         *Shania Hook, Christian Guerrero and Jothan Peterson*


DATED this 12th day of May, 2026.

We hereby consent to the substitution.


LVMPD Defendants


By:    /s/ Matthew Christian
         Name:  Matthew Christian
         Assistant General Counsel for Las Vegas
         Metropolitan Police Department

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

6943.339

We hereby agree to the substitution of Kaempfer Crowell as attorneys for the LVMPD Defendants.

DATED this 12th day of May, 2026.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Robert W. Freeman
ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 3062
E. MATTHEW FREEMAN, ESQ.
Nevada Bar No. 14198
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: May 13, 2026

6943.339