**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Priscella Saintal Bowman,

Plaintiff,

v.

LV Metropolitan Police Dept., et al.,

Defendants.

Case No.: 2:22-cv-01481-ART-NJK

**Order**

Due to conflicting duties of the Court, the Settlement Conference currently scheduled for January 22, 2027, is **CONTINUED** to January 25, 2027, at 10:00 a.m. All other requirements set forth in the Court's order at Docket No. 192 remain.

IT IS SO ORDERED.

Dated: November 23, 2026.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE